IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| **Bobby Joe Horne, Sr.,** | * | Case No. **04-11792 MAM** |
| | * | |
| Debtor. | * | Chapter 13 |

## OBJECTION TO CLAIM # 13 FILED BY
## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

PURSUANT TO LOCAL STANDING ORDER, THE COURT WILL CONSIDER THIS OBJECTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN 30 DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITH THE CLERK OF THE COURT AT **WWW.ALSB.USCOURTS.GOV** (AS THE BANKRUPTCY COURT WILL NO LONGER ACCEPT PAPER DOCUMENTS) AND SERVE A COPY ON THE MOVANTS' ATTORNEY, LACY S. ROBERTSON, 4317 DOWNTOWNER LOOP N, MOBILE, AL 36609. IF YOU FILE AND SERVE AN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING AND MAY GRANT THE RELIEF REQUESTED.

COMES NOW the Debtor in this cause, by and through the undersigned attorney and objects to Claim # **13** in the amount of **$20,922.10 (Arrearage $3,075.36)** filed by **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS**, and as grounds for the objection say as follows:

**Debtor's Chapter 13 plan provides for the full claim amount to be paid through the plan. This claim is for arrearage that is included in the total balance claim that is paid through the Trustee.**

**The claim included fees and costs of $800.00 associated with a Motion for relief and these fees were agreed upon by the parties.**

WHEREFORE, Debtors move this Honorable Court for an Order sustaining the objection and reducing and allowing the claim for $800.00.

DATED: 07/27/09          /S/ Lacy S. Robertson
                                          LACY ROBERTSON
                                          PADGETT & ROBERTSON
                                          Attorneys for Debtors
                                          4317 Downtowner Loop N.
                                          Mobile, AL 36609
                                          (251) 342-0264

## CERTIFICATE OF SERVICE

I do hereby certify that on this the   27th   day of     July    , 2009, I have served a copy of the foregoing pleading by mailing same by United States Mail properly addressed and postage prepaid to the parties listed below as follows:

Mortgage Electronic Registration Systems
1595 Springhill Rd. Ste 310
Vienna, VA 22182

Morris, Schneider & Prioir
1587 Northeast Expressway
Atlanta, GA 30329

                /S/ Lacy S. Robertson
                 Lacy S. Robertson