IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:

**Bobby Joe Horne,**  Case No. **04-11792 MAM**

Debtor.  Chapter 13

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM #13 FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

This matter was duly noticed on Debtor's Objection to Claim **#13** in the amount of **$ 20,922.10 (Arrearage $3,075.36)** filed by **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS.** No parties filed a response to the Debtor's objection to the claim.

Upon consideration the Court does **SUSTAIN** the objection. It is **ORDERED** that the claim is **REDUCED AND ALLOWED** for **$800.00.**

Dated: September 3, 2009

MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE