IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:

**Bobby Joe Horne,**  Case No. **04-11792 MAM**

Debtor.  Chapter 13

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM #02 FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

This matter was duly noticed on Debtor's Objection to Claim **#02** in the amount of **$ 26,567.76 (Arrearage $5,270.39)** filed by **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS.** No parties filed a response to the Debtor's objection to the claim.

Upon consideration the Court does **SUSTAIN** the objection. It is **ORDERED** that the claim is **DISALLOWED.**

Dated:  September 3, 2009

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE