IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:

**Bobby Joe Horne,**                         Case No. **04-11792 MAM**

Debtor.                                     Chapter 13

## ORDER REINSTATING CASE

Upon hearing the Court finds that the Debtor's Motion to Reinstate Case is GRANTED.

It is hereby ORDERED that the Debtor's Chapter 13 case is reinstated.

Dated: March 31, 2010

_____
MARGARET A. MAHONEY
CHIEF U.S. BANKRUPTCY JUDGE